NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TROY R. NORRED, M.D.,**
*Appellant*

v.

**MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC COREVALVE, LLC,**
*Appellees*

_____

2015-1731

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00110.

-------------------------------------------------------------------------------

**TROY R. NORRED, M.D.,**
*Appellant*

v.

**MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC COREVALVE, LLC,**
*Appellees*

_____

2015-1874

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00111.

———————

# O R D E R

In response to the court's July 30, 2015 order staying 2015-1874 pending the filing of any appeal from IPR2014-00395, the parties notify the court that the appellant has filed an appeal from IPR2014-00395.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal from IPR2014-00395 shall be consolidated with 2015-1874 when that new appeal is docketed, and thus one set of briefs for the two appeals should be filed. 2015-1874 and the appeal from IPR2014-00395 will be considered companions to 2015-1731 and assigned to the same merits panel.

(2) The stay of the briefing schedule of 2015-1874 is lifted. The appellant's opening brief addressing 2015-1874 and the to-be-docketed appeal is due no later than November 9, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32