**No. 15-1874 and 16-1031 (consolidated)**

**UNITED STATES COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

TROY R. NORRED, M.D.,
*Appellant,*

v.

MEDTRONIC, INC., MEDTRONIC VASCULAR, INC.,
AND MEDTRONIC COREVALVE, LLC
*Appellees.*

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, in Nos. IPR2014-00110 and IPR2014-00395

**UNOPPOSED APPELLEES' MOTION FOR 14-DAY EXTENSION OF
TIME TO FILE RESPONSE BRIEF**

Appellees ("Medtronic") respectfully request a 14-day extension, to and including January 11, 2016, to file their response brief in this appeal. The brief is currently due December 28, 2015. Medtronic has not previously requested or received any extensions of time for this brief. Medtronic has conferred with counsel for the appellant and is informed that the motion is unopposed.

There is good cause for the requested extension. Medtronic requests the extension to accommodate its attorneys' deadlines in pending cases in this Court and others that fall and/or require work during the time to prepare Medtronic's responsive brief. Medtronic's counsel's obligations presently include filing seven other appellate briefs in this Court and other courts in November and December 2015, and presenting oral

argument in other courts in December and early January. In addition, the upcoming winter holidays will limit the ability of Medtronic and its counsel to confer regarding Medtronic's brief.

## CONCLUSION

For the foregoing reasons, Medtronic respectfully requests that the Court extend the deadline for filing its response brief to January 11, 2016.

| | |
|---|---|
| November 16, 2015 | Respectfully submitted, |
| | /s/ John C. O'Quinn |
| Jack S. Barufka | John C. O'Quinn |
| PILLSBURY WINTHROP | William H. Burgess |
|    SHAW PITTMAN LLP | KIRKLAND & ELLIS LLP |
| 1650 Tysons Blvd, 14th Floor | 655 Fifteenth Street, N.W. |
| McLean, VA 22102 | Washington, D.C. 20005 |
| 703-668-0664 | (202) 879-5000 |
| | |
| Evan Finkel, | *Counsel for Appellees* |
| PILLSBURY WINTHROP | |
|    SHAW PITTMAN LLP | |
| 725 S Figueroa St., Suite 2800 | |
| Los Angeles, CA 90017 | |
| 213-488-7307 | |

## APPELLEES' CERTIFICATE OF INTEREST

**1.    The full name of every party represented by us is:**
Medtronic, Inc., Medtronic Vascular, Inc., and Medtronic CoreValve, LLC

**2.    The name of the real party in interest is:**
Medtronic, Inc., Medtronic Vascular, Inc., Medtronic CoreValve, LLC, and Medtronic plc.

**3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by us are:** Medtronic Vascular, Inc. and Medtronic CoreValve, LLC are wholly-owned subsidiaries of Medtronic, Inc. Medtronic plc wholly owns and is the ultimate parent of Medtronic, Inc. Medtronic plc is a publicly traded corporation. No other publicly traded corporation owns 10% or more of the stock of Medtronic plc.

**4.    The names of all law firms and the partners or associates that appeared for the party now represented by us in the agency or are expected to appear in this Court are:**

<u>Kirkland & Ellis LLP:</u> John C. O'Quinn and William H. Burgess

<u>Pillsbury Winthrop Shaw Pittman LLP</u>:  Jack S. Barufka and Evan Finkel

/s/ William H. Burgess
*Counsel for Appellees*

## **CERTIFICATE OF SERVICE**

On November 16, 2015, the foregoing motion and attachment were submitted to the Court, and thereby served on all parties, by the CM/ECF system.

      /s/ William H. Burgess